IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY WILLIAMS,

        Plaintiff,           1: 03 CV 6048 OWW WMW PC

  vs.                         ORDER RE MOTION (DOC 32)

A. SANTA-CRUZ,

        Defendant.

      Defendant has filed a motion seeking the stay of discovery pending the resolution of the Motion for Judgment on the Pleadings.  The discovery order is modified as follows: Discovery in this matter is stayed pending resolution of the Motion for Judgment on the Pleadings.  Should the motion be denied, a further discovery schedule will be set.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendant's motion to stay discovery is granted.

      2. Discovery in this matter is stayed pending resolution of the Motion for Judgment on the Pleadings.

IT IS SO ORDERED.

**Dated:**   **November 17, 2008**               **/s/  William M. Wunderlich**
                                                              UNITED STATES MAGISTRATE JUDGE