1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                        EASTERN DISTRICT OF CALIFORNIA

8

9  JEFFREY WILLIAMS,              )        NO. CV-F-03-6048 OWW/YNP P
                                  )
10                                )        MEMORANDUM DECISION AND
                                  )        ORDER DENYING DEFENDANT A.
11              Plaintiff,        )        SANTA CRUZ'S MOTION FOR
                                  )        JUDGMENT ON THE PLEADINGS
12         vs.                    )        WITHOUT PREJUDICE AS MOOT
                                  )        (Doc. 30)
13                                )
   A. SANTA CRUZ, et al.,         )
14                                )
                                  )
15              Defendants.       )
                                  )
16 _____)

17     Defendant A. Santa Cruz's motion for judgment on the

18 pleadings, (Doc. 30), is DENIED WITHOUT PREJUDICE as moot because

19 of the death of Defendant.

20     IT IS SO ORDERED.

21 Dated:   September 18, 2009            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

                                   1